■ In the Matter of CHRIS R., a Person Alleged to be a Juvenile Delinquent, Appellant. [41 NYS3d 713]—

Orders of disposition, Family Court, New York County (Adetokunbo O. Fasanya, J.), entered on or about August 27, 2015, which adjudicated appellant a juvenile delinquent upon his admission that he committed acts that, if committed by an adult, would constitute the crimes of burglary in the third degree and criminal trespass in the third degree, and placed him with the Close to Home program for a period of 12 months, unanimously affirmed, without costs.

Although they are reviewable as questions of law (see Matter of Aaron B., 74 AD3d 534, 535 [1st Dept 2010]), appellant's challenges to his admission do not warrant reversal. The admission was made knowingly, intelligently and voluntarily. The court adequately explained the rights being waived as well as the possible dispositional alternatives, and appellant's mother's allocution sufficiently incorporated appellant's allocution by reference (see Matter of Sean B., 99 AD3d 433 [1st Dept 2012]). We find no conflict of interest on the mother's part that would warrant vacatur of the admission. The court was under no obligation to ask appellant why he no longer wanted a fact-finding hearing.

Appellant's challenge to his placement is moot because the period of placement has expired (see Matter of Omari W., 104 AD3d 460 [1st Dept 2013]). Concur—Richter, J.P., Manzanet-Daniels, Feinman, Kapnick and Gesmer, JJ.

■ NALANEE NARINE et al., Respondents, v METROPOLITAN TRANSPORTATION AUTHORITY et al., Defendants, and SHUTTLE EXPRESS COACH, INC., et al., Appellants. [41 NYS3d 714]—An appeal having been taken to this Court by the above-named appellants from an order of the Supreme Court, New York County (Arlene P. Bluth, J.), entered December 23, 2015, and said appeal having been withdrawn before argument by counsel for the respective parties; and upon the stipulation of the parties hereto dated November 7, 2016, it is unanimously ordered that said appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation. Concur—Richter, J.P., Manzanet-Daniels, Feinman, Kapnick and Gesmer, JJ.